UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ELIZABETH ANN LITTLEJOHN,<br><br>Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN OF WASHINGTON,<br><br>Defendant. | Case No. 3:23-cv-06194-TMC<br><br>ORDER ON DISCOVERY HEARING |

## I.  ORDER

On September 12, 2025, the Court held a discovery hearing to address Defendant's responses to Plaintiff's interrogatories and requests for production. For the reasons stated on the record, the expedited discovery motions filed at Dkt. 62 and 63 are GRANTED IN PART and DENIED IN PART. The Court ORDERS as follows:

1. Interrogatories

    a. Interrogatories 1 and 2: Defendant must provide a supplemental answer within 7 days of this order. The answer must identify all responsive individuals and provide contact information unless the responsive individual is a managing agent of Defendant, in which case Defendant may direct that they be

ORDER ON DISCOVERY HEARING - 1

contacted through counsel. *See Wright v. Group Health Hosp.*, 103 Wn.2d 192, 201–03, 691 P.2d 564 (1984).

    b. Interrogatory 3: Defendant must provide the information previously given to Plaintiff's counsel in a supplemental answer within 7 days of this Order.

    c. Interrogatory 4: The parties are instructed to meet and confer within 7 days of this Order to narrow the scope of this interrogatory to encompass only employees with positions similar to Plaintiff's.

    d. Interrogatories 7 and 8: Defendant must provide a supplemental answer within 7 days of this Order that identifies by bates number the responsive documents that answer these interrogatories. *See* Fed. R. Civ. P. 33(d).

    e. Interrogatories 9, 11, 12: Defendant must provide its supplemental answers within 7 days of this Order.

    f. Interrogatory 13: Defendant must provide a supplemental answer within 7 days of this Order clarifying whether it tracked the COVID transmission data sought.

    g. Interrogatories 14 and 16: The parties are directed to meet and confer within 7 days of this Order to determine an efficient way for Defendant to provide responsive information about the types of accommodations granted to employees at the Redmond and Bellevue facilities and what protective measures were required (including both patient-facing and non-patient-facing employees).

2. Requests for Production

    a. The parties are directed to meet and confer within 7 days of this Order about the outstanding requests for production.

ORDER ON DISCOVERY HEARING - 2

    b. Within 7 days of that conference, Defendant must provide supplemental responses to each request for production that clarify whether any responsive documents are being withheld based on an objection (in addition to supplemental responses based on the results of the efforts to meet and confer). *See* Fed. R. Civ. P. 34(b)(C). If any documents are withheld based on a privilege objection, they must be identified on a privilege log. Defendants must also disclose their ESI search protocol as required by the undersigned judge's chambers procedures.

    c. If any disputes cannot be resolved through the parties' conference, the parties shall contact the courtroom deputy to schedule an additional discovery hearing and provide an updated joint statement that identifies the issues remaining in dispute.

    d. While the Court expects the parties to work in good faith to agree on a scope of production that is not unduly burdensome, or alternative methods of discovery (such as depositions) that may be more efficient, the topics of RFP Nos. 27, 28, 30, 31, 32, 34, 35, 36, 37, 38, and 40 are plainly relevant to the claims and defenses at issue in this lawsuit.

3. Redactions

    a. Defendant shall produce unredacted copies of the documents provided at Dkt. 63-2 within 7 days of this Order. Any similar redactions to the names of employees involved in processing requests for religious accommodations shall also be removed.

4. Case Schedule

ORDER ON DISCOVERY HEARING - 3

a. The parties are directed to meet and confer within 7 days of this Order as to whether discovery can be completed within the existing case schedule.

5. Settlement Conference

a. If both parties believe this case would benefit from a settlement conference with a Magistrate Judge, the Court is willing to make such a referral. A request for a settlement conference should be made by email to the courtroom deputy.

It is so ORDERED.

Dated this 12th day of September, 2025.

Tiffany M. Cartwright
United States District Judge

ORDER ON DISCOVERY HEARING - 4